Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release                    05 APR 25
Prior to Original Expiration Date

ROBERT R. Di
CLERK, U.S. D.C.
W.D. OF TN, MEMPHIS

# United States District Court

FOR THE

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA                    Crim. No.  01-20054-01 and 01-20317-01

        v.

Bobby Allen, Sr.

On  August 22, 2002, the above named was placed on Supervised Release  for a period of three (3) years. He has complied with the rules and regulations of supervision and is no longer in need of supervision.  It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Nicole D. Peterson
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 25th day of April, 2005.

United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-26-05

(10)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:01-CR-20054 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT